## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 07-CV-01552-REB-BNB

D'QUEEN THOMPSON,
Individually and on Behalf of All Other Persons Similarly Situated.

      Plaintiff,

v.

URBAN LEAGUE OF METROPOLITAN DENVER, INC.,

      Defendants.
_____

## ORDER
_____

**Blackburn, J.**

THIS MATTER came before the Court on the **Plaintiff's Unopposed Motion For Order Approving Stipulation** [#8] filed August 6, 2007; and whereas the Court has considered the motion and concomitant stipulation and being fully advised in the premises,

**IT IS HEREBY ORDERED** that the **Plaintiff's Unopposed Motion For Order Approving Stipulation** [#8] filed August 6, 2007, is granted.

**IT IS HEREBY ORDERED** that Plaintiff's First Claim as set forth in Paragraphs 13 through 23 of her Amended Complaint, together with Paragraphs A through D and F of the prayer for relief, are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Paragraph E of the prayer for relief of the First Amended Complaint shall be deemed amended to read: "The entry of judgment in favor of Plaintiff in the amount of unpaid wages due to her";"

**IT IS FURTHER ORDERED** that, because the First Claim of Plaintiff's Amended Complaint contains the sole basis for this Court's subject matter jurisdiction, this action shall be remanded to the District Court of the City and County of Denver, Colorado. The Clerk of this Court shall promptly serve a copy of this Order on the Clerk of the District Court of the City and County of Denver, Colorado.

**IT IS FURTHER ORDERED** that Defendant shall answer the remaining claims of the Amended Complaint within five days of the date on which the Clerk of this Court serves a certified copy of this order of remand on the Clerk of the District Court of the City and County of Denver, Colorado.

Dated August 7, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge